**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-110**

_____

MIRZA KUNJUNDZIC, a/k/a Mirza Kujundzic,

       Petitioner,

   v.

UNITED STATES OF AMERICA,

       Respondent.

_____

On Petition for Permission to Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, Senior District Judge. (8:10-cr-00639-PJM-2)

_____

Submitted: March 11, 2013      Decided: March 18, 2013

_____

Before SHEDD, FLOYD, and THACKER, Circuit Judges.

_____

Petition dismissed by unpublished per curiam opinion.

_____

Mirza Kunjundzic, Appellant Pro Se. Albert David Copperthite, Sujit Raman, Assistant United States Attorneys, Baltimore, Maryland; James Andrew Crowell, IV, Christen Anne Sproule, Assistant United States Attorneys, Greenbelt, Maryland, for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mirza Kunjundzic petitions for permission to appeal the district court's order denying the relief he requested in his pro se pretrial motions in his criminal case. See Fed. R. App. P. 5. The Government has moved to dismiss the appeal for lack of jurisdiction. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Kunjundzic seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. See United States v. North Am. Coal Exch., 676 F.2d 99, 100 (4th Cir. 1982). Accordingly, we grant the Government's motion and dismiss the petition for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DISMISSED